IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD COLEMAN, : | |
| Plaintiff, : | |
| : | 1:16-cv-0545 |
| v. : | |
| : | Hon. John E. Jones III |
| DOCTOR EDINGER, *et al.*, : | |
| Defendants. : | |

## ORDER

**February 24, 2017**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 16) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 16) to dismiss is DENIED.

2. Defendants' motion (Doc. 16) for summary judgment is GRANTED. The Clerk of Court shall ENTER judgment in favor of Defendants Edinger, Jordan and Fasciana and against Plaintiff.

3. Defendant "PA John Doe 1-2" is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court shall TERMINATE the United States as a defendant. The United States is improperly included on the docket; it is not a named defendant in this action.

5. The Clerk of Court is further directed to CLOSE this case.

6. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge
